

# Fourth Court of Appeals
## San Antonio, Texas

January 13, 2015

No. 04-14-00900-CV

**IN THE INTEREST OF L.C. AND N.M.,** Children,

From the 57th Judicial District Court, Bexar County, Texas
Trial Court No. 2013-PA-03030
Honorable Charles E. Montemayor, Judge Presiding

# O R D E R

The Appellant's Motion for Extension of Time to File Notice of Appeal is GRANTED.

_____
Marialyn Barnard, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 13th day of January, 2015.

_____
Keith E. Hottle
Clerk of Court